NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile :      (702) 380-8572
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MORTGAGE FUND IVC TRUST 2016-RN5; and U.S. BANK N.A., as INDENTURE TRUSTEE FOR MORTGAGE FUND IVC TRUST 2017-RN4;<br>       Plaintiffs,<br>v.<br>FIRST AMERICAN TITLE INSURANCE COMPANY; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br>       Defendants | Case No.: 2:20-cv-01375-APG-DJA<br><br>**MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISMISS [ECF NO. 5]**<br><br>**[FIRST REQUEST]** |

  Pursuant to Local Rule IA 6-1, Plaintiffs move to extend the time to file their response to First American's motion to dismiss, filed on August 3, 2020. The response is currently due on August 17, 2020.  This is the first motion to extend time to file the response to the motion to dismiss. Plaintiffs requests a two-week extension until August 31, 2020 to file their response. Plaintiffs request this extension in good faith and not for the purpose of delay.

  Plaintiffs request the extension due to undersigned counsel's unavailability during the week of August 3, 2020, increased personal obligations the week of August 10, 2020, and ongoing challenges caused by COVID-19. See **Exhibit A**, Declaration of Counsel. In particular, undersigned counsel for Plaintiffs was out of town the week of August 3, 2020 through August 7, 2020 visiting family on a pre-planned vacation, and was unable to devote significant time to preparing a response

54225646;1

during that week. Additionally, two of counsel's elementary-aged children began school on August 12, 2020, via remote learning. As a result, counsel has been required to devote significant time facilitating and overseeing her children's education. Finally, due to COVID-19, undersigned counsel continues to work remotely with reduced resources. Under the circumstances, and due to the unique and ongoing challenges caused by COVID-19, counsel requests a two-week extension to allow additional time to prepare the brief.

Plaintiffs requested that First American stipulate to the above-requested extension, but First American was unwilling to agree because Plaintiffs have indicated they intend to also move for remand and do not believe a stay of discovery is appropriate. Plaintiffs therefore file this motion for an extension.

For all of these reasons, Plaintiffs request the court grant a two-week extension, until August 31, 2020 to file their response to First American's motion to dismiss.

Dated August 14, 2020.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
NATALIE L. WINSLOW
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Cir., Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Dated: August 17, 2020

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2

54225646;1