AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
ELIZABETH E. ARONSON, ESQ.
Nevada Bar No. 14472
**MAURICE WOOD**
9525 Hillwood Drive, Suite 140
Las Vegas, Nevada 89134
Telephone:  (702) 463-7616
Facsimile:  (702) 463-6224
E-Mail:    amaurice@mauricewood.com
           bwood@mauricewood.com
           earonson@mauricewood.com

Attorneys for Defendant,
First American Title Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MORTGAGE FUND IVC TRUST 2016-RN5; and U.S. BANK N.A., as INDENTURE TRUSTEE FOR MORTGAGE FUND IVC TRUST 2017-RN4,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01375-APG-DJA<br><br>**STIPULATION AND ORDER TO STAY CASE DEADLINES PENDING DISMISSAL OF CASE**<br><br>**STIPULATION TO EXTEND TIME**<br>**(First Request)** |

Defendant, First American Title Insurance Company ("FATIC"), by and through its counsel of record, the law firm of MAURICE WOOD, and Plaintiffs Mortgage Fund IVC Trust 2016-RN5 and U.S. Bank N.A., as Indenture Trustee for Mortgage Fund IVC Trust 2017-RN4 ("Plaintiffs"), by and through their counsel of record AKERMAN LLP, hereby agree and stipulate as follows:

/ / /

/ / /

/ / /

1  On August 18, 2020, FATIC served Plaintiffs with an Offer of Judgment pursuant to Nev. R. Civ. Pro. 68 and Nev. Rev. Stat. § 17.117.[1] The terms of the Offer of Judgment provided that in the event the Offer of Judgment was accepted, FATIC would pay the amount offered within twenty-one (21) days after service of written notice of acceptance and Plaintiffs' claims against FATIC would be dismissed, with prejudice, as provided by Nev. R. Civ. Pro. 68(d)(2), rather than allow judgment to be entered against FATIC.

On September 1, 2020, Plaintiffs served FATIC with written Notice of Acceptance of Offer of Judgment.

Numerous pending motions have been filed with this Court which the parties would otherwise be required to respond to prior to the date on which this case will be dismissed pursuant to the terms of the Offer of Judgment. In addition, this Court set a deadline for the parties to resubmit the proposed scheduling order. The parties request that all deadlines in the case be stayed pending the anticipated dismissal of the case.

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The instant action shall immediately be **STAYED**, pending the dismissal of the action.
2. Any now-pending deadlines to file responses to, or replies in support of, any outstanding motions are hereby **VACATED**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] See Camino Properties, LLC v. Insurance Company of the West, Case No. 2:13-cv-02262-APG-CWH, 2017 WL 526510 (D. Nev. 2017) (in a diversity action, Nev. R. Civ. Pro. 68 is applicable when a plaintiff makes an offer of judgment or if judgment is entered in favor of defendant).

MAURICE WOOD
9525 Hillwood Drive, Suite 140
Las Vegas, Nevada 89134
Tel: (702) 463-7616  Fax: (702) 463-6224

1      3.   The deadline to file a revised scheduling order is hereby **VACATED**.

DATED this 3rd day of September, 2020.      DATED this 3rd day of September, 2020.

**AKERMAN LLP**      **MAURICE WOOD**

*/s/ Jamie K. Combs*      */s/ Brittany Wood*
Natalie L. Winslow, Esq.      Aaron R. Maurice, Esq.
Nevada Bar No. 12125      Nevada Bar No. 6412
Jamie K. Combs, Esq.      Brittany Wood, Esq.
Nevada Bar No. 13088      Nevada Bar No. 7562
1635 Village Center Cir. Suite 200      Elizabeth E. Aronson, Esq.
Las Vegas, NV 89134      Nevada Bar No. 14472
      9525 Hillwood Drive, Suite 140
*Attorney for Plaintiffs Mortgage Fund*    Las Vegas, NV 89134
*IVC Trust 2016-RN5 and U.S. Bank N.A.,*  *Attorneys for Defendant First American Title*
*as Indenture Trustee for Mortgage Fund*  *Insurance Company*
*IVC Trust 2017-RN4*

All pending motions are denied as moot.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: September 3, 2020

(8754-245)
54485003;1

Page 3 of 3